IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE T. REDMOND : CIVIL ACTION
:
v. :
:
STEVEN PERSILIO, ESQ. : NO. 11-301

ORDER

AND NOW, this 1ST day of July, 2011, it is **ORDERED** that:

1. Plaintiff's amended complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2).

2. Plaintiff's motion for appointment of counsel is **DENIED AS MOOT**.

3. This case shall be marked **CLOSED**.

*Norma L. Shapiro*, J.